DENNING *et al. v.* SCHIEFFELIN.

*(City Court of New York, General Term. October 3, 1889.)*

SUPPLEMENTARY PROCEEDINGS—ARREST OF NON-RESIDENT DEBTORS.

On proof that a non-resident judgment debtor has property in, and is about to leave, the state, a warrant of arrest may issue in supplementary proceedings, as provided in Code Civil Proc. N. Y. § 2437; such proceedings being made applicable to non-residents by section 2458, subd. 3.

Appeal from special term.

Action by Edwin J. Denning and others against Brodhurst Schieffelin. Plaintiffs, having recovered judgment, commenced supplementary proceedings by warrant, under Code Civil Proc. N. Y. § 2437. A motion to vacate the warrant and dismiss the proceedings was denied, and defendant appeals.

Argued before McADAM, C. J., and McGOWN, J.

*D. D. McKoon,* for appellant.   *Charles R. Allison,* for respondents.

PER CURIAM. The Code contains provisions as to the manner in which supplementary proceedings shall be commenced, and the different modes of securing the debtor's presence. Code, § 2432. It authorizes such proceedings on domestic judgments against non-residents of the state found here, (Id. § 2458, subd. 3;) so that no distinction is made between residents of the state and non-residents thereof. The creditors proved that the debtor had property within the state which he refused to apply to the satisfaction of the judgment, and that he was about to depart from the jurisdiction. This entitled them to the warrant which they obtained. Id. § 2437. We have failed to discover any defect in the proofs, and, as the order was properly made, the justice at special term committed no error in refusing to vacate it. It follows that the order appealed from must be affirmed, with costs.